*receipt # 11091977*
*$3,553.02 6/23/2011*

# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court
Western District of New York
Telephone (716) 852-1835

169 Delaware Avenue
Buffalo, New York 14202

June 21, 2011

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

Attention: Paul R. Warren, Clerk of the Court

          Re:    Linda Palczewski
                 BK NO. 08-10946
                 Request to Deposit of Unclaimed Funds
                 into the United States Treasury

Dear Mr. Warren:

      Enclosed herewith please find my Trustee check in the amount of $3,553.02. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

      __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

      ____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

      Washington Mutual/Providian        $3,553.02     Claims Register #4

Very truly yours,

BY: *Mark A Wallach*
Mark S. Wallach, Trustee

Enclosure

FILED
JUN 2 3 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Printed: 06/09/11 12:04 PM

# Stale Check Report

Page: 1

**Trustee:** MARK S. WALLACH (521340)
**Case:** 08-10946 - PALCZEWSKI, LINDA

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-6551 9727-66 | 109 | 06/09/11 | Clerk, U.S. Bankruptcy Court | | | $3,553.02 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-6551 9727-66 4 | | 108 | 11/01/10 | 610 | Washington Mutual/Providian<br>Attn: Bankruptcy Dept.<br>P.O. Box 10467<br>Greenville, SC 29603 | 4,148.00 | 4,148.00 | 3,553.02 | 3,553.02 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.